**No. 65375.**—Roberts, Electronics, Inc., et al. *v.* United States, protests 60/10671, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of tape recorders and parts the same in all material respects as those the subject of Abstract 65049, the claim of the plaintiffs was sustained.

**No. 65376.**—Castelazo & Associates and Carrara Marble Co. of Calif. et al. *v.* United States, protests 59/26919, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of opal glass tiles or tiling, the claim of the plaintiffs was sustained.

**No. 65377.**—Manhattan Novelty Corp. *v.* United States, protest 58/1287(A) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of dish mops similar in all material respects to those the subject of Abstract 64603, the claim of the plaintiff was sustained.